

**IT IS ORDERED as set forth below:**

**Date: April 19, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| JORDAN ARTHUR VIEHMEYER and SAMANTHA ALYSA VIEHMEYER, | CASE NO. 23-52516-BEM |
| Debtors. | CHAPTER 7 |
| JORDAN ARTHUR VIEHMEYER and SAMANTHA ALYSA VIEHMEYER, | |
| Movants, | |
| v. | Contested Matter |
| PROGRESS RESIDENTIAL, LLC, | |
| Respondent. | |

## <u>ORDER AND NOTICE OF PRELIMINARY HEARING</u>

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a preliminary hearing on

Debtors' *Motion for Sanctions for Violation of the Automatic Stay* [Doc. 35] shall be held on **May**

**10, 2023, at 10:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD

B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW,
ATLANTA, GEORGIA.

The calendar call will be telephonic and matters to be heard will be heard in Judge
Ellis-Monro's virtual hearing room. However, in person appearances will be permitted. Please
check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-
ellis-monro-chief-judge) prior to the hearing for information about procedures.

**END OF ORDER**

## **Distribution List**

Jordan Arthur Viehmeyer
3106 Bridgewalk Trail
Acworth, GA 30101

Samantha Alysa Viehmeyer
3106 Bridgewalk Trail
Acworth, GA 30101

Jason L. Pettie
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Progress Residential, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Progress Residential, LLC
2658 Holcomb Bridge Rd #118
Alpharetta, GA 30022