IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
APR 2 0 2023
M. Regina Thomas, Clerk
By:_____
Deputy Clerk

| | |
|---|---|
| IN RE: JORDAN ARTHUR VIEHMEYER AND SAMANTHA ALYSA VIEHMEYER<br>**Co-Debtors & Movants**<br><br>v.<br><br>U-Haul Moving & Storage at Canton Road<br>**Respondent** | Case No: 23-52516-BEM<br><br>CHAPTER 7<br><br>CONTESTED MATTER |

## MOTION TO WITHDRAW MOTION FOR SANCTIONS, PRELIMINARY INJUNCTION, AND RESTRAINING ORDER

To the Honorable Judge Barbara Ellis-Monro,

I, Jordan Arthur Viehmeyer as well as Samantha Alysa Viehmeyer, hereby move this Court to withdraw my previously filed Motion for Sanctions [Doc. 27], Preliminary Injunction [Doc. 36], and Restraining Order [Doc. 36] in the above-captioned case. In support of this motion, I state the following:

1. On March 30th, 2023, I filed a Motion for Sanctions [Doc. 27], followed by a motion for Preliminary Injunction, and Restraining Order [Doc. 36] which was filed on April 14th, 2023, against U-Haul Moving and Storage in this Court.

2. Since the filing of my motion, the legal team at U-Haul Moving and Storage at Canton Road has addressed my concerns and complied with my requests for relief as outlined in [Doc. 27]. Which included waiving the past due balance and allowing me to obtain my mother's property by Friday, April 21st, 2023.

3. In light of the recent resolution between the parties, I no longer wish to pursue the Motion for Sanctions, Preliminary Injunction, and Restraining Order.

4. The hearing for this motion is currently scheduled for May 10th, 2023, at 10:00 AM, I respectfully request that the Court cancel the hearing upon granting this Motion to Withdraw.

**WHEREFORE,** I respectfully request that this Court grant my Motion to Withdraw Motion for Sanctions, Preliminary Injunction, and Restraining Order and cancel the scheduled hearing.

Respectfully submitted this 20th day of April 2023

/s/Jordan Viehmeyer *(Pro-Se)*
/s/Samantha Viehmeyer *(Pro-Se)*

3106 Bridgewalk Trail
Acworth, GA 30101-3013
Ph # 404-201-0397
Emails:
(Jordan Viehmeyer)
dad@alysaandjordanplustwo.baby
(Samantha Viehmeyer)
mom@alysaandjordanplustwo.baby

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: JORDAN ARTHUR ) Case No: 23-52516-bem
VIEHMEYER AND )
SAMANTHA ALYSA ) Chapter 7
VIEHMEYER )
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 20th day of April, 2023 I served a copy of MOTION TO WITHDRAW MOTION FOR SANCTIONS, PRELIMINARY INJUNCTION, AND RESTRAI which was filed in this bankruptcy matter on the 20th day of April, 2023

Mode of service (check one):   (●) MAILED        ( ) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

U-Haul Moving & Storage at Canton Rd
2800 Canton Rd #2000
Marietta, GA 300066

U-Haul Co. of Georgia
c/o The Corporation Company (FL)
106 Colony Park Drive, Ste. 800-B
Cumming, GA, 30040-2794

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 4/20/2023        Signature: _[signature]_

Printed Name: JORDAN ARTHUR VIEHMEYER

Address:  3106 Bridgewalk Trail
Acworth, GA 30101

Phone: 404-201-0397

(Generic Certificate of Service – Revised 4/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| IN RE: JORDAN ARTHUR VIEHMEYER AND SAMANTHA ALYSA VIEHMEYER  Debtor(s) | Case No: 23-52516-bem  Chapter 7 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 20th day of April, 2023 I served a copy of MOTION TO WITHDRAW MOTION FOR SANCTIONS, PRELIMINARY INJUNCTION, AND RESTRAI which was filed in this bankruptcy matter on the 20th day of April, 2023

Mode of service (check one):   (●) MAILED        ( ) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

U-Haul International, Inc.
c/o CT Corporation System
3800 N. Central Ave, Suite 460

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 4/20/2023                   Signature: [signed]

Printed Name: JORDAN ARTHUR VIEHMEYER

Address: 3106 Bridgewalk Trail
Acworth, GA 30101

Phone: 404-201-0397

(Generic Certificate of Service – Revised 4/13)